103 A.3d 1292

**Virgil BARBER, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.**

**No. 145 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, the Application for Extraordinary Relief is **DENIED.**